## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NUMBER:  3:05CR-70-R**

**HANNIBAL BUTLER**                                                                          **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

      This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The proceedings were recorded by Alan Wernecke, Official Court Reporter.  The Defendant, by consent and with Mr. Scott T. Wendelsdorf, Federal Defender, appeared before me on October 13, 2005, and entered pleas of guilty as to Counts 1 2 and 3 of the Indictment without a plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1, 2 and 3 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant is **remanded** to the custody of the United States Marshal pending sentencing before the District Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 3 0